Oct 30 2006 11:41AM  BERNARD, BALGLEY&BONACCORS  510 791 8008  p.3

10-30-2006 08:59am From- T-780 P.003/005 F-121

**E-filed 11/6/06**

1  James G. Schwartz, Esq.    (SBN 069371)
2  Joshua Brysk, Esq.         (SBN 184200)
   Law Offices of James G. Schwartz
3  A Professional Corporation
   7901 Stoneridge Drive, Suite 401
4  Pleasanton, California 94588
   Telephone  (925) 463-1073
5  Facsimile  (925) 463-2937

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11 ARLENE VALDEZ,                    ) Case No.: C06-02541 (JF) (HRL)
12            Plaintiff,             )
                                     ) SUBSTITUTION OF ATTORNEYS
13 vs.                               )
                                     ) AND ORDER
14 DOWNEY SAVINGS AND LOAN           )
   ASSOCIATION, a California Corporation, )
15 PRIMEWEST RESIDENTIAL LOANS, INC., a )
   California Corporation, HABIBULLAH M. )
16 KHAN, an individual, SAVINDAR K.  )
   KATTAURA, an individual, et al.   )
17                                   )
           Defendants.                )
18                                   )
                                     )
19 _____

20      TO THE COURT AND ALL PARTIES HEREIN:

21      NOTICE IS HEREBY GIVEN that Defendants Primewest Residential Loan Inc., Habibbulah M.

22 Khan and Savindar K. Kattaura hereby make the following substitution of attorneys:

23

24 1.   Former Legal Representative for the above-mentioned parties:

25
          David P. Bonaccorsi, Esq. (SBN 129042)
26        BERNARD, BALGLEY & BONACCORSI
          3900 Newpark Mall Road, Third Floor
27        Newark, California 94560-5242
          Telephone: (510) 791-1888
28

SUBSTITUTION OF ATTORNEYS                         1

OCT.30.2006 12:26PM  PRIMEWEST RESIDENTIAL  NO.8941  P.3
Oct 30 2006 1:55PM  BERNARD, BALGLEY&BONACCORS  510 791 8008  p.3

2. New Legal Representative for the above-mentioned parties:

   James G. Schwartz, Esq. (SBN 069371)
   Joshua D. Brysk, Esq. (SBN 184200)
   LAW OFFICES OF JAMES G. SCHWARTZ, P.C.
   7901 Stoneridge Drive, Suite 401
   Pleasanton, California 94588
   Telephone: (925) 463-1073
   Fax:       (925) 463-2937

3. I consent to this substitution.

   Date: 10-30-06

   _____
   Primewest Residential Loan, Inc.
   Habibullah Khan, President

   I consent to this substitution.

   Date: 10.30.06

   _____
   Habibullah Khan, individually

   I consent to this substitution.

   Date: 10/30/06

   _____
   Savindar Kattaura, individually

   I consent to this substitution.

   Date: 10/30/06

   _____
   David P. Bonaccorsi
   BERNARD, BALGLEY & BONACCORSI

   I consent to this substitution.

   Date: 10/26/06

   _____
   Joshua D. Brysk
   LAW OFFICES OF JAMES G. SCHWARTZ, P.C.

SUBSTITUTION OF ATTORNEYS

2

Oct 30 2006 11:41AM  BERNARD,BALGLEY&BONACCORS  510 791 8008           p.5
10-30-2001  00:54am  From-                                                T-780  P.005/005  F-120

```
 1 |   After review of the Substitution of Attorney, IT IS SO ORDERED:
 2 |
 3 |   Date:  11/6/06                    [signature]
 4 |                                     Presiding Judge
 5 |
 6 |
 7 |   P:\clients\primewest\valdez\pldgs\sub atty ormry
 8 |
```

SUBSTITUTION OF ATTORNEYS                        3