| | |
|---|---|
| 1 | **E-filed 3/26/07** |
| 2 James G. Schwartz, Esq.  (SBN 069371)<br>Joshua Brysk, Esq.  (SBN 184200)<br>Aaron Jackson, Esq.  (SBN 233816) | |
| 3 Law Offices of James G. Schwartz<br>A Professional Corporation | |
| 4 7901 Stoneridge Drive, Suite 401<br>Pleasanton, California 94588 | |
| 5 Telephone   (925) 463-1073<br>Facsimile   (925) 463-2937 | |
| 6 E-mail: jim@jgschwartz.com | |
| 7 E-mail: josh@jgschwartz.com<br>E-mail: aaron@jgschwartz.com | |

Attorneys for Primewest Residential Loans Inc.,
Habibullah M. Khan, Savindar Kattaura,
Sean McGivern and Romeo Delacruz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLENE VALDEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California Corporation, PRIMEWEST RESIDENTIAL LOANS, INC., a California Corporation, HABIBULLAH M. KHAN, an individual, SAVINDAR K. KATTAURA, an individual, *et al.*<br><br>        Defendants. | Case No.: C06-02541 (JF) (HRL)<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER** |

TO THE COURT AND ALL PARTIES HEREIN:

NOTICE IS HEREBY GIVEN that Defendants Sean McGivern hereby makes the following substitution of attorneys:

SUBSTITUTION OF ATTORNEYS AND ORDER

1

1. Former Legal Representative for the above-mentioned parties:

   James G. Schwartz, Esq. (SBN 069371)
   Joshua D. Brysk, Esq.   (SBN 184200)
   Aaron R. Jackson, Esq.  (SBN 233816)
   LAW OFFICES OF JAMES G. SCHWARTZ, P.C.
   7901 Stoneridge Drive, Suite 401
   Pleasanton, California 94588
   Telephone: (925) 463-1073
   Fax:       (925) 463-2937

2. New Legal Representative for the above-mentioned parties:

   Sean McGivern
   755 E. Capitol Avenue, #J-212
   Milpitas CA 95035
   Telephone: (408) 935-0280 (650) 346-3759
   Fax: (408) 935-0289
   In Pro Per

3. I consent to this substitution.

   Date: 3/15/07

   _____
   Sean McGivern

   I consent to this substitution.

   Date: 3/15/07

   _____
   James G. Schwartz
   Aaron R. Jackson
   LAW OFFICES OF JAMES G. SCHWARTZ, P.C.

4. I consent to this substitution.

   Date: 3/15/07

   _____
   Sean McGivern, In Pro Per

///
///
///

SUBSTITUTION OF ATTORNEYS AND ORDER

2

1  After review of the Substitution of Attorney, IT IS SO ORDERED:

3  Date: 3/26/07

_____
Presiding Judge Jeremy Fogel, US District Court

7  F:\clients\primewest\valdez\pldg\sub attorney- McGivern 031407          1565.0003

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

SUBSTITUTION OF ATTORNEYS AND ORDER                    3