*E-filed 5/8/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ARLENE VALDEZ,

        Plaintiff,

    v.

DOWNEY SAVING AND LOAN ASSOCIATION, et al.,

        Defendants.

Case No. C06-2541 JF (HRL)

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL CONTINUED DEPOSITION OF DEFENDANT SEAN MCGIVERN**

Re: Docket No. 66

    The plaintiff in this action alleges that she was the victim of fraud and other abuses perpetrated by mortgage brokers, their agents, and a lender, in connection with a home refinancing transaction. Plaintiff attempted to take the deposition of one of the defendants, Sean McGivern, on February 27, 2007. Plaintiff now moves to compel the continued deposition of McGivern, arguing that defense counsel interfered with the deposition by making many improper objections and often wrongly instructing the witness not to answer. She also alleges that defense counsel made "speaking objections" which coached McGivern and guided his testimony, and unilaterally called a break to confer with him while a question was pending.

    Days after this motion was filed, the court allowed defense counsel to be relieved from representing McGivern and McGivern now represents himself. Neither McGivern nor any

1  of the other defendants filed any opposition to the motion to compel.

2  McGivern's former attorney did interfere with the conduct of the deposition.  Plaintiff
3  has the right to take a complete deposition of McGivern.  Her motion is GRANTED to the
4  extent that it seeks four more hours to depose McGivern.  McGivern shall appear for further
5  deposition at a mutually agreeable date no later than May 22, 2007, at the offices of DLA Piper
6  US LLP in East Palo Alto.

7  McGivern is now in pro se.  His former attorney is still in the case at this time as counsel
8  for other defendants, but he has a motion to withdraw set for hearing shortly.  If, perchance, he
9  is still in the case at the time of the resumed deposition of McGivern, the court expects he will
10 behave appropriately.  In fact, all parties and counsel shall conduct themselves with the
11 professionalism required by Rule 30(d) of the Federal Rules of Civil Procedure.  "Any objection
12 during a deposition must be stated concisely and in a non-argumentative and non-suggestive
13 manner."  The witness may refuse to answer only "when necessary to preserve a privilege...or to
14 present a motion under Rule 30(d)(4)."

15 **IT IS SO ORDERED.**

17 Dated:   5/8/07

18 HOWARD R. LLOYD
19 UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Eric M. Alderete ealderete@downeysavings.com, jessicavasquez@downeysavings.com

Joshua David Brysk josh@jgschwartz.com, bella@jgschwartz.com

Alison Paige Buchanan apb@hogefenton.com

Isela Castaneda isela.castaneda@dlapiper.com, alison.mcquade@dlapiper.com

Rajiv Sajjan Dharnidharka rajiv.dharnidharka@dlapiper.com, christina.wikner@dlapiper.com

Christine M. Humphries chumphries@downeysavings.com, jessicavasquez@downeysavings.com

Michael D. McSweeney mdm@hogefenton.com

Kim Pederson kimp@lawfoundation.org

James G. Schwartz jim@jgschwartz.com, bella@jgschwartz.com; roberta@jgschwartz.com

Stephanie Sidra Alexandre Stevens stephanies@lawfoundation.org

Aaron Wainscoat aaron.wainscoat@dlapiper.com, aaron.wainscoat@dlapiper.com; celestine.seals@dlapiper.com

Yakov M. Zolotorev yakov.zolotorev@dlapiper.com, deborah.brown@dlapiper.com

Sean McGivern
755 E. Capitol Avenue, #J-212
Milpitas, CA 95035

Dated: 5/8/07

    /s/ JMM
Chambers of Magistrate Judge Lloyd