**Original Filed 5/14/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARLENE VALDEZ,<br><br>Plaintiff,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California Corporation, PRIMEWEST RESIDENTIAL LOANS, INC., a California Corporation, HABIBULLAH M KAHN, an individual, SAVINDAR K. KATTAURA, an individual, ROMEO DE LA CRUZ, an individual, SEAN MCGIVERN, an individual, et al.,<br><br>Defendants. | Case Number C 06-2541-JF (HRL)<br><br>ORDER[1] GRANTING MOTION TO WITHDRAW AS ATTORNEY<br><br>[Docket. No. 73] |

This action arises from allegedly predatory lending practices on the part of lender Downey Savings and Loan Association ("Downey"), loan broker Primewest Residential Loans, Inc. ("Primewest"), and four Primewest employees, Habibullah Khan ("Khan"), Savindar

---

[1] This disposition is not designated for publication and may not be cited.

Kattaura ("Kattaura"), Romeo De La Cruz ("De La Cruz"), and Sean McGivern ("McGivern").[2] On March 26, 2007, the Law Offices of James G. Schwartz and its member attorneys moved to be relieved as counsel for De La Cruz and Primewest. Counsel states that "differences have arisen that have created conflicts that make it impossible for our office to continue representation. Also, there has been a breakdown in communication." Jackson Decl. ¶ 2. On the same date, counsel filed notices of substitution of counsel in which Khan, Kattaura, and McGivern stated their willingness to represent themselves. The Court previously has approved the substitution of counsel with respect to McGivern and hereby approves the unopposed substitution with respect to Kattaura and Khan.

Plaintiff opposes the motion that counsel be relieved from his representation of Primewest to the extent that it would cause undue delay because Primewest may not proceed *pro se*. "A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Civ. L.R. 3-9(b). Plaintiff asserts that the depositions of Defendants have been delayed once before as a result of a prior substitution of Defendants' counsel and that the only deposition that has been taken is insufficient because of improper conduct during the deposition. Plaintiff requests that the motion be denied "unless Primewest retains substitution counsel in a timely manner and provides assurances to the Court, *in camera* if appropriate, that the alleged 'conflict' will not recur upon substitution of new counsel." Opposition 2.

Having considered the papers filed by the parties and the arguments presented at the hearing on May 11, 2007, the Court concludes that the motion to withdraw should be granted, effective thirty days from the date of this order. De La Cruz may proceed *pro se*. Since Primewest may not proceed *pro se*, and in order to avoid undue delay, Primewest hereby is ordered to retain replacement counsel within thirty days of the date of this order. Failure to do so may result in entry of default against Primewest. *See Employee Painters' Trust v. Ethan*

---

[2] *See* Order Granting in Part and Denying in Part the Motion to Dismiss of Primewest, Khan and Kattaura and (2) Denying Motion to Dismiss of Romeo and McGivern, April 17, 2007, for a detailed discussion of the factual and procedural background of this action.

*Enterprises, Inc.*, 480 F.3d 993, 998 (9th Cir. 2007).  Moving counsel shall ensure that De La Cruz and Primewest receive the copies of this order sent to the addresses provided by moving counsel.  Nothing in this order affects the representation of Downey.

IT IS SO ORDERED.

DATED: 5/14/07

_____
JEREMY FOGEL
United States District Judge

Copies of Order have been served upon the following persons:

| | |
|---|---|
| Eric M. Alderete | ealderete@downeysavings.com, jessicavasquez@downeysavings.com |
| Joshua David Brysk | josh@jgschwartz.com, bella@jgschwartz.com |
| Alison Paige Buchanan | apb@hogefenton.com |
| Isela Castaneda | isela.castaneda@dlapiper.com, alison.mcquade@dlapiper.com |
| Rajiv Sajjan Dharnidharka | rajiv.dharnidharka@dlapiper.com, christina.wikner@dlapiper.com |
| Christine M. Humphries | chumphries@downeysavings.com, jessicavasquez@downeysavings.com |
| Michael D. McSweeney | mdm@hogefenton.com |
| Kim Pederson | kimp@lawfoundation.org |
| James G. Schwartz | jim@jgschwartz.com, bella@jgschwartz.com; roberta@jgschwartz.com |
| Stephanie Sidra Alexandre Stevens | stephanies@lawfoundation.org |
| Aaron Wainscoat | aaron.wainscoat@dlapiper.com, aaron.wainscoat@dlapiper.com; celestine.seals@dlapiper.com |
| Yakov M. Zolotorev | yakov.zolotorev@dlapiper.com, deborah.brown@dlapiper.com |

Notice will be delivered by other means to:

Sean McGivern
755 E. Capitol Avenue, #J-212
Milpitas, CA 95035

PrimeWest Residential Loans, Inc.
39210 State Street, Suite 204
Fremont, CA 94538

Savindar K. Kattaura
39210 State Street, Suite 204
Fremont, CA 94538

Romeo De La Cruz
755 East Capitol Ave, Apt. N309
Milpitas, CA 95035

Habibullah Khan
39210 State Street, Suite 204
Fremont, CA 94538

Case No. C 06-2451 JF (HRL)
ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY
(JFLC1)