UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLENE VALDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, PRIMEWEST RESIDENTIAL LOANS, INC., a California corporation, HABIBULLAH M. KHAN, an individual, SAVINDAR K. KATTAURA, an individual, ROMEO DE LA CRUZ, an individual, SEAN MCGIVERN, an individual, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO.  C 06-02541 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Honorable Jeremy Fogel<br><br>Complaint Filed:  April 12, 2006 |

Plaintiff Henry Valdez, substituted as Plaintiff pursuant to the Court's October 17, 2007, Order ("Plaintiff"), and Defendant Downey Savings and Loan Association, F.A. ("Downey"), hereby stipulate as follows:

WHEREAS Plaintiff and Downey entered into a written Settlement Agreement and Mutual Release ("Settlement Agreement") with respect to this action;

WHEREAS, pursuant to the terms of the Settlement Agreement, Plaintiff agreed to dismiss its complaint in this action against Downey; and

1   WHEREAS, pursuant to the terms of the Settlement Agreement, Plaintiff and Downey
2  have agreed to bear their own attorneys' fees and costs in this action;
3   THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff and
4  Downey hereby stipulate, by and through counsel, to the dismissal with prejudice of Plaintiff's
5  claims against Downey.  Each party shall bear its own costs and attorneys' fees.
6   IT IS SO STIPULATED.

Dated:  October 22, 2007

**DLA PIPER US LLP**

By   /s/ Aaron Wainscoat
AARON WAINSCOAT

**FAIR HOUSING LAW PROJECT**
KIM PEDERSON

Attorneys for Plaintiff
ARLENE VALDEZ

Dated:  October 22, 2007

By   /s/ Christine M. Humphries
CHRISTINE M. HUMPHRIES

Attorneys for Defendant
Downey Savings and Loan Association, F.A.

Plaintiff and Downey having so stipulated and good cause appearing therefor,

**ORDER**

IT IS HEREBY ORDERED THAT Plaintiff's claims against Downey are hereby dismissed with prejudice in their entirety.

IT IS FURTHER ORDERED THAT the Plaintiff and Downey shall bear their own respective attorneys' fees and costs in this action.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 24, 2007

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE