*e-filed 11/9/07

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY VALDEZ, <br>     Plaintiff, <br><br> V. <br> PRIMEWEST RESIDENTIAL LOANS, <br>     Defendants. | Case No. CV-06-2541-JF <br><br> ORDER TO SHOW CAUSE |

A case management conference in the above matter was held before the Honorable Jeremy Fogel on November 2, 2007, at 10:30 a.m. No appearance was made by Defendant Primewest. Defendant Primewest is hereby ordered to show cause, on December 14, 2007 at 10:30 a.m., why default should not be entered against it because it has failed to retain counsel. Primewest shall file a response to this Order on or before December 4, 2007.

Dated: November 8, 2007

_____
JEREMY FOGEL
United States District Judge