DAVID BANIE (Bar No. 217924)
david.banie@dlapiper.com
AARON WAINSCOAT (Bar No. 218339)
aaron.wainscoat@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel:    650.833.2000
Fax:   650.833.2001

KIM PEDERSON (Bar No. 234785)
kimp@lawfoundatin.org
**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315
San Jose, CA 95113
Tel:    408.280.2467
Fax:   408.293.0106

Attorneys for Plaintiff
ARLENE VALDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLENE VALDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, PRIMEWEST RESIDENTIAL LOANS, INC., a California corporation, HABIBULLAH M. KHAN, an individual, SAVINDAR K. KATTAURA, an individual, ROMEO DE LA CRUZ, an individual, SEAN MCGIVERN, an individual, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. C06-02541 JF (HRL)<br><br>[~~PROPOSED~~] **ORDER ON MOTION TO ENFORCE SETTLEMENT AGREEMENT AND OBTAIN JUDGMENT AGAINST DEFENDANTS ROMEO DE LA CRUZ AND SEAN MCGIVERN**<br><br>Date: May 9, 2008<br><br>Time: 9:00 AM<br><br>Judge: Hon. Jeremy Fogel<br><br>Location: Courtroom 3 |

On May 2, 2008, counsel for plaintiff Valdez appeared to move this Court to enforce the settlement agreement entered into between plaintiff Valdez and defendants Sean McGivern and

1

Romeo De La Cruz (collectively) on December 6, 2007 and enter a judgment pursuant to that settlement.

Having read and considered the written submissions of the parties and having heard argument by the parties, and GOOD CAUSE APPEARING, the Court hereby orders that:

The settlement agreement entered into on December 6, 2007 between plaintiff Valdez and defendants McGivern and De La Cruz (collectively) shall be enforced.

Pursuant to that settlement agreement, a judgment of $15,660 shall be immediately entered against defendants McGivern and De La Cruz (collectively).  This amount represents the $15,000 that defendants McGivern and De La Cruz agreed to pay pursuant to the settlement agreement, plus $660 in attorney fees to compensate plaintiff's attorneys for the time that they expended to bring this motion.

IT IS SO ORDERED.

Dated:   5/28/08

_____
Hon. Jeremy Fogel