DAVID BANIE (Bar No. 217924)
david.banie@dlapiper.com
AARON WAINSCOAT (Bar No. 218339)
aaron.wainscoat@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:     650.833.2000
Fax:    650.833.2001

KIM PEDERSON (Bar No. 234785)
kimp@lawfoundation.org
**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315
San Jose, CA  95113
Tel:     408.280.2467
Fax:    408.293.0106

Attorneys for Plaintiff
ARLENE VALDEZ

**E-Filed 10/3/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLENE VALDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, PRIMEWEST RESIDENTIAL LOANS, INC., a California corporation, HABIBULLAH M. KHAN, an individual, SAVINDAR K. KATTAURA, an individual, ROMEO DE LA CRUZ, an individual, SEAN MCGIVERN, an individual, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO.  C06-02541 JF (HRL)<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS PRIMEWEST, KHAN AND KATTAURA<br><br>F.R.C.P. 55(b)(2)<br><br>Date:  October 3, 2008<br><br>Time:  9:00 AM<br><br>Judge: Hon. Jeremy Fogel<br><br>Location: Courtroom 3 |

Upon consideration of Plaintiff's Application for Default by Court and the accompanying papers, and other evidence presented in support thereof, and good cause appearing,

IT IS HEREBY ORDERED THAT:

A default judgment against defendants Primewest, Khan and Kattaura is GRANTED. This Court hereby awards plaintiff Henry Valdez **$39,927.91**.

IT IS SO ORDERED.

Dated: 10/3/08

_____
Hon. Jeremy Fogel
United States District Court Judge